UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BRAULIO THORNE, *on behalf of himself and all*     :
*other persons similarly situated,*                :
                                                   :
                        Plaintiff,                 :
                                                   :            ORDER
            -against-                              :
                                                   :       20 Civ. 9994 (GBD)
EQUIP OUTDOOR TECHNOLOGIES USA, LLC, :
                                                   :
                        Defendant.                 :
                                                   :
                                                   :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle on

all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned

action, without prejudice to restoring the action to this Court's docket if an application to restore

is made within thirty (30) days.

All conferences previously scheduled are adjourned *sine die*.


Dated: January 11, 2021
       New York, New York

                                        SO ORDERED.

                                        *George B. Daniels*
                                        GEORGE B. DANIELS
                                        United States District Judge